B.J.G., by and through her next friend Elizabeth McCRAY, Appellant,

v.

ST. CHARLES COUNTY SHERIFF; Francis Howell School District; Juvenile Justice Center, Appellees.

No. 10–2060.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 4, 2010.

Filed: Nov. 9, 2010.

Elizabeth McCray, as Next Friend, B.J.G., O'Fallon, MO, pro se.

Cindy Reeds Ormsby, Crotzer & Ormsby, Joseph W. Smith, St. Charles County Counselor's Office, Denise Leanne Thomas, Assistant Attorney General, Attorney General's Office, St. Louis, MO, for Appellees.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Elizabeth McCray, on behalf of her minor child B.J.G., appeals the district court's [1] dismissal of her 42 U.S.C. § 1983 action under Federal Rule of Civil Procedure 12(b)(6). Upon careful de novo review, see Carter v. Arkansas, 392 F.3d 965, 968 (8th Cir.2004), we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny as moot appellee Francis Howell School District's motion to strike McCray's reply brief.

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.